# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| INDALECIO V. EMILIO, | : |
| Plaintiff, | : |
| vs. | : Civil Action Number: |
| | : 1:13-cv-02450-WCO |
| MINAS EMPORIUM, INC., and ALVARO LIMA, | : |
| Defendants. | : |

## PLAINTIFF'S REPORT REGARDING ELECTRONIC FILING OF SETTLEMENT AGREEMENT

Plaintiff Indalecio V. Emilio, by and through the undersigned counsel and in accordance with the Court's direction to electronically file a copy of the parties' settlement agreement, [Dkt. 20] shows the Court that the parties have not agreed to or executed a settlement agreement other than the Proposed Consent Judgment.

Respectfully submitted,

DELONG CALDWELL BRIDGERS &
FITZPATRICK, LLC

*s/ Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Georgia Bar No. 262375

*s/ Charles R. Bridgers*
Charles R. Bridgers

1

Georgia Bar No. 080791

3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
(404) 979-3150
(404) 979-3170 (facsimile)
kevin.fitzpatrick@dcbflegal.com
charlesbridgers@dcbflegal.com

**COUNSEL FOR PLAINTIFF**

2

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **INDALECIO V. EMILIO,** | : |
| | : |
|     **Plaintiff,** | : |
| | : |
| | :  **Civil Action Number:** |
| vs. | : |
| | :  1:13-cv-02450-JOF |
| **MINAS EMPORIUM, INC., and** | : |
| **ALVARO LIMA,** | : |
| | : |
|     **Defendants.** | : |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown above, I electronically filed the foregoing PLAINTIFF'S REPORT REGARDING ELECTRONIC FILING OF SETTLEMENT AGREEMENT using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

Respectfully submitted,

                                     *s/Kevin D. Fitzpatrick, Jr.*
                                     Kevin D. Fitzpatrick, Jr.
                                     Ga. Bar No. 262375